KANE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) Action by Frank Kane against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, with $10 costs.